IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-938-BO

| | |
|---|---|
| MAHMOUD OMAR ZUGHBI and KATHERYN LYNN ZUGHBI,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF SHARPSBURG, NORTH CAROLINA; MARVIN HILLIARD; MICHELLE COBB; and DURIEL PITTMAN,<br><br>    Defendants. | **ORDER** |

This case comes before the court on the parties' joint consent motion (D.E. 51) for extension of deadlines in the Scheduling Order (D.E. 34, amended at D.E. 39, 43). For good cause shown, the motion is ALLOWED and the Scheduling Order is modified as follows:

1. All discovery shall be commenced in time to be completed by 9 October 2018.

2. Reports from retained experts are due from plaintiffs by 4 September 2018 and from defendants by 18 September 2018.

3. Mediation shall be completed by 15 November 2018, unless otherwise ordered by the court.

4. Any potentially dispositive motions shall be filed by 17 December 2018.

5. All other deadlines in the existing Scheduling Order remain in effect.

SO ORDERED, this 18th day of May 2018.

_____
James E. Gates
United States Magistrate Judge